IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 14–10–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| SIDNEY LIDE ROGERS, | |
| Defendant. | |

United States Magistrate Judge Jeremiah C. Lynch entered Findings and Recommendation in this matter on May 29, 2014. Neither party objected and therefore they are not entitled to *de novo* review of the record. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). This Court will review the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge Lynch recommended this Court accept Sidney Lide Rogers's guilty

plea after Rogers appeared before him pursuant to Federal Rule of Criminal Procedure 11, and entered a plea of guilty to one count of counterfeiting obligations or securities of the United States in violation of 18 U.S.C. § 471 as set forth in Count I of the Indictment. Defendant further agrees to the forfeiture allegation.

I find no clear error in Judge Lynch's Findings and Recommendation (Doc. 49), and I adopt them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Sidney Lide Rogers' motion to change plea (Doc. 37) is GRANTED and Sidney Lide Rogers is adjudged guilty as charged in Count I of the Indictment.

DATED this 23rd day of June, 2014.

/s/ Dana L. Christensen
Dana L. Christensen, Chief District Judge
United States District Court